| | |
|---|---|
| 1 | Ralph B. Wegis, SBN 67966; Michelle D. Palla, SBN 205907 |
|   | Michael J. Stump, SBN 193542 |
| 2 | LAW OFFICES OF RALPH B. WEGIS, |
|   | P.C. 1930 Truxtun Avenue; Bakersfield, California 93301 |
| 3 | Tel: (661) 635-2100; Fax: (661) 635-2107 |
| 4 | Shawn A. McMillan, SBN 208529; Stephen D. Daner, SBN 259689 |
|   | THE LAW OFFICES OF SHAWN A. MCMILLAN, APC |
| 5 | 4955 Via Lapiz; San Diego, California 92122 |
|   | Tel: (858) 646-0069; Fax: (206) 600-4582 |
| 6 | |
| 7 | Donnie R. Cox, SBN 137950; Dennis B. Atchley, SBN 70036 |
|   | LAW OFFICE OF DONNIE R. COX |
|   | 402 North Nevada St., Oceanside, CA 92054-2025 |
| 8 | Tel: (760) 400-0263 Fax: (760) 400-0269 |
| 9 | Attorneys for all Plaintiffs |

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION**

| | |
|---|---|
| GRACIE DARLENE MCCUE, LAWRENCE GENE MCCUE, and P.M., by and through his Guardian Ad Litem, GRACIE DARLENE MCCUE, | Case No.: 1:10-CV-00233-OWW-DLB |
| | Judge: Hon. Oliver W. Wagner |
| | Courtroom No: 3 |
| Plaintiffs, | **ORDER GRANTING MOTION TO DISMISS WITH LEAVE TO AMEND** |
| vs. | |
| | (Related Doc # 25) |
| SOUTH FORK UNION SCHOOL DISTRICT, a public entity; ROBIN SHIVE, a public employee; SHANNON DAMRON, a public employee; KAREN ZURIN, a public employee; SABINE MIXION, a public employee; CHILD PROTECTIVE SERVICES aka KERN COUNTY CHILD PROTECTIVE SERVICES aka KERN COUNTY DEPARTMENT OF HUMAN SERVICES, a public entity; LINDA LOPEZ, a public employee; GABRIELA JOHNSON, a public employee; KERN COUNTY SHERIFFS DEPARTMENT, a public entity; JAMES D. STRATTON, a public employee; RICK KOERNKE, an individual; SANDY KOERNKE, an individual; AND PERSONS AND ENTITIES UNKNOWN AND DOES 1-100 INCLUSIVE, | Hearing Date: September 27, 2010 |
| | Hearing Time: 10:00 am |
| Defendants. | |

The parties, through their respective counsel of record appeared at the hearing on September 27, 2010 and argued the motion.  After consideration of the briefs filed and the arguments of counsel, and in accordance with the Court's Memorandum Decision Regarding Defendants' Motion to Dismiss (Doc. # 25), the Court now orders the following:

1) Plaintiffs' defamation-plus claim against Defendants Damron, Zurin, Shive, Mixion, and South Fork Union School District is DISMISSED, without prejudice;

2) Plaintiffs' claim under California Civil Code section 52.1 against Defendants Damron, Zurin, Shive, Mixion, and South Fork Union School District is DISMISSED, without prejudice;

3) Plaintiffs' claims for intentional infliction of emotional distress against Defendants Damron, Mixion, and South Fork Union Elementary School are DISMISSED; without prejudice; and,

4) Plaintiffs shall file their amended complaint within ten (10) days of the filing of the order.  Defendant shall file a response within fifteen (15) days of receipt of the amended complaint.

IT IS SO ORDERED.

Dated:     October 18, 2010                        /s/ Oliver W. Wanger
                                                                 UNITED STATES DISTRICT JUDGE