1    Anthony N. DeMaria, # 177894                    (SPACE BELOW FOR FILING STAMP ONLY)
     Anil Pai, # 234189
2    McCormick, Barstow, Sheppard,
     Wayte & Carruth LLP
3    P.O. Box 28912
     5 River Park Place East
4    Fresno, CA  93720-1501
     Telephone:    (559) 433-1300
5    Facsimile:    (559) 433-2300

6    Attorneys for Defendants
     SOUTH FORK UNION SCHOOL DISTRICT;
7    ROBIN SHIVE; SHANNON DAMRON; KAREN
     ZURIN; and SABINE MIXION

8                         UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10                                FRESNO DIVISION

11

12
     GRACIE DARLENE MCCUE,                    Case No.  1:10-CV-00233-LJO-MJS
13   LAWRENCE GENE MCCUE, and P.M.,
     by and through his Guardian Ad Litem,    **STIPULATION AND ORDER**
14   GRACIE DARLENE MCCUE,                    **EXTENDING THE DEADLINES IN**
                                              **AMENDED SCHEDULING CONFERENCE**
15                    Plaintiffs,             **ORDER (DOC NO. 78)**

16          v.

17   SOUTH FORK UNION SCHOOL
     DISTRICT, a public entity; ROBIN
18   SHIVE, a public employee; SHANNON
     DAMRON, a public employee; KAREN
19   ZURIN, a public employee, SABINE
     MIXION, a public employee; KERN
20   COUNTY; CHILD PROTECTIVE
     SERVICES aka KERN COUNTY CHILD
21   PROTECTIVE SERVICES aka KERN
     COUTY DEPARTMENT OF HUMAN
22   SERVICES, a public entity; LINDA
     LOPEZ, a public employee; GABRIELA
23   JOHNSON, a public employee; KERN
     COUNTY SHERIFFS DEPARTMENT, a
24   public entity; JAMES D. STRATTON, a
     public employee; RICK KOERNKE, an
25   individual; SANDY KOERNKE, an
     individual; AND PERSONS AND
26   ENTITIES UNKNOWN AND DOES 1-
     100 INCLUSIVE,
27
                      Defendants.
28

1    The parties hereto, after conferring through their respective attorneys of record, stipulate

2  and agree, in the above-entitled matter, to the following date changes:

3    As the parties have been unable to complete discovery due to the calendars of the

4  attorneys and the volume of discovery required in this litigation, good cause under Federal Rule

5  of Civil Procedure Rule 16 exists for the modification of the scheduling order.  Despite the

6  diligence of the parties, it will not be possible to complete the discovery necessary  according to

7  the currently scheduled dates. Specifically, there are over forty depositions still to be taken in this

8  litigation, including at least twenty-nine of healthcare providers who have proven difficult to

9  schedule, serve or otherwise accommodate for deposition.  Since deposition discovery began in

10  this case, over fifteen depositions have been taken to date.  Another thirty-two depositions have

11  already been noticed for dates between January 16, 2012 and the current non-expert discovery

12  cut-off of March 15, 2012.  These depositions include those of the plaintiffs and numerous

13  healthcare providers, which will likely lead to the identification of additional witnesses and the

14  need for additional depositions.  In part resulting from the schedules of many of these healthcare

15  providers, it will not be possible to complete discovery under the currently scheduled deadlines.

16  Moreover, there are additional parties and witnesses who have been disclosed in Rule 26

17  disclosures whose depositions have not yet been scheduled, and given the availability of the

18  attorneys, it will not be possible to complete these depositions under the currently scheduled

19  deadlines.

20    The parties, therefore, stipulate and agree that the Trial date, Pre-Trial date, Settlement

21  Conference date and other deadlines previously set by this Court be extended as follows:

22    (1)  That the Non-Expert Discovery Cut-Off date be extended to July 15, 2012; and

23    (2)  That the Expert Discovery Cut-Off be extended to August  7, 2012; and

24    (3)  That the Non-Dispositive Pretrial Motion Cut-Off be extended to August 25, 2012;

25    (4)  That the deadline for the filing of Dispositive Motions be continued to August 30,

26  2012;

27    (5)  That the hearings on Dispositive Motions take place on September 30, 2012, or

28  another date convenient with the Court's calendar;

2

1       (6)  That the Settlement Conference be continued to October 26, 2012, at 1:30 p.m., or

2 another date convenient with the Court's calendar.

3       (6)  That the Pre-Trial Conference be continued to December 17, 2012, at 11:00 a.m., or

4 another date convenient with the Court's calendar;

5       (7)  That the Trial of this matter be continued to January 28, 2013, at 9:00 a.m., or another

6 date convenient with the Court's calendar.

7       The parties further stipulate that these extensions and continuances are necessary given

8 the volume of discovery remaining in this litigation despite the diligence of the parties, the

9 schedules of the five trial attorneys, two for plaintiff and one each for each set of Defendants, and

10 the lack of time remaining pursuant to the Amended Scheduling Conference Order.

11       **THE PARTIES HEREBY STIPULATE TO THE ABOVE.**

12 */////*

13 */////*

14 */////*

15 */////*

16 */////*

17 */////*

18 */////*

19 */////*

20 */////*

21 */////*

22 */////*

23 */////*

24 */////*

25 */////*

26 */////*

27

28

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP

STIPULATION AND ORDER EXTENDING  DEADLINES IN  SCHEDULING CONFERENCE ORDER
1:10-CV-00233-LJO-MJS

1  Dated:   January 24, 2012                    LAW OFFICES OF ROBERT R. POWELL

2                                                                    /s/ Robert R. Powell
                                                          _____
3                                                         Robert R. Powell, Esq.
                                                          Attorneys for Plaintiffs

4  Dated: January 24, 2012                      McCORMICK, BARSTOW, SHEPPARD
                                                          WAYTE & CARRUTH LLP
5

6                                                                      /s/ Anil Pai
                                                          _____
7                                                         Anil Pai
                                                          Attorneys for Defendants, SOUTH FORK
                                                          UNION SCHOOL DISTRICT; ROBIN
8                                                         SHIVE; SHANNON DAMRON; KAREN
                                                          ZURIN; and SABINE MIXION
9

10  Dated:  January 23, 2012                     NORIEGA & ASSOCIATES

11                                                                    /s/ Robert Noriega
                                                          _____
12                                                        Robert J. Noriega
                                                          Attorneys for Defendants RICK KOERNKE,
                                                          SANDY KOERNKE
13

14  Dated:  January 24, 2012                     COUNTY OF KERN

15                                                                    /s/ Mark Nations
                                                          _____
16                                                        Mark Nations, Chief Deputy
                                                          Attorneys for Defendant COUNTY OF KERN

17

18                                       **ORDER**

19       The Court hereby orders that the terms of the above stipulation be put into effect with the

20  following dates:

21       (1)  Non-Expert Discovery Cut-Off: July 15, 2012;

22       (2)  Expert Discovery Cut-Of: August 7, 2012;

23       (3)  Non-Dispositive Pretrial Motion Cut-Off: August 25, 2012;

24       (4)  Deadline for the filing of Dispositive Motions: August 30, 2012;

25       (5)  Hearings on Dispositive Motions: September 30, 2012;

26       (6)  Settlement Conference: October 26, 2012, at 1:30 p.m.;

27       (7)  Pre-Trial Conference: December 18, 2012, at 8:15 a.m.;

28

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP

4

STIPULATION AND ORDER EXTENDING DEADLINES IN SCHEDULING CONFERENCE ORDER
1:10-CV-00233-LJO-MJS

1

2          (8)  Trial: January 29, 2013, at 8:30 a.m.

3

4          The parties are reminded that the caseload facing the District Court Judges sitting in this

5    division of the Eastern District of California is overwhelming.  While that may have enabled

6    liberality in approving the time extensions provided for here, it may preclude flexibility in the

7    future.  If flexibility and/or a committed, reasonably early, trial date are important to the parties,

8    they might wish to reconsider and consent to Magistrate Judge Jurisdiction.

9

10

11

12

13

14

15   IT IS SO ORDERED.

16      Dated:    January 30, 2012          /s/ *Michael J. Seng*

17                                         UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP

STIPULATION AND ORDER EXTENDING  DEADLINES IN  SCHEDULING CONFERENCE ORDER
1:10-CV-00233-LJO-MJS