ROBERT R. POWELL, ESQ.    CSB# 159747
DENNIS R. INGOLS, ESQ.    CSB# 236458
BRETT O. TERRY, ESQ.      CSB# 270694
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
(408) 553-0200 Telephone
(408) 553-0203 Facsimile
E: rpowell@rrpassociates.com


SHAWN A. MCMILLAN, ESQ.  CSB#208529
LAWRENCE D. DANER, ESQ. CSB#259689
THE LAW OFFICES OF SHAWN A.MCMILLAN, APC
4955 Via Lapiz
San Diego, California 92122
T: (858) 646-0069 F: (206) 600-4582
E: attyshawn@netscape.net

Attorneys for Plaintiffs

DISTRICT COURT FOR THE EASTERN DISTRICT CALIFORNIA
[BAKERSFIELD]

| | |
|---|---|
| DARLENE MCCUE, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTH FORK UNION SCHOOL DISTRICT, et al.,<br><br>Defendants. | Case No. 1:10-CV-00233- LJO-MJS<br><br>DECLARATION OF SHAWN A. MCMILLAN IN SUPPORT OF PETITION FOR MINOR'S COMPROMISE<br><br>Hearing Date: 06/18/2012<br>Hearing Time: 8:30a.m.<br>Department: 4 |

I, SHAWN A. MCMILLAN, do hereby declare:

1. I am an attorney licensed to practice before all state courts in the State of California, and the Eastern District of California. I am an attorney of record for all Plaintiffs herein.

2. I am personally, and intimately, familiar with the conduct of the subject litigation, and the records of this firm as pertain to the time spent in the litigation of the matters addressed

herein. Therefore, I have personal knowledge of the facts set forth herein. If called before this Court, or any other court or tribunal, I could and would competently testify to the following matters of my own personal knowledge.

3. I am the principal (lead) trial attorney for The Law Offices of Shawn A. McMillan, APC. I have been in private practice since I was admitted to the practice of law in November 2000. I enjoy the highest peer rating by Martindale-Hubbell for professional ability and ethics possible (A/V). My firm presently employees two full time attorneys and specializes in the litigation and trial of civil matters. I have personally tried six (6) jury trials to verdict. Five of those cases were, what I consider to be, long cause jury trials lasting more than four weeks. Positive results were obtained in four of those cases. In addition, I have begun several jury trials which did not result in verdicts because the cases were settled at some point during the presentation of evidence. Of those jury trials, two resulted in multi-million dollar verdicts, one of which was appealed all the way to the United States Supreme Court, where certiorari was ultimately denied.

4. In calculating the reasonable attorney's fees to be awarded, courts traditionally use what is referred to as the "lodestar" method. The lodestar figure (hours worked times reasonable hourly rates) is the starting point for the Court's analysis of the reasonableness of the fees requested here.

5. Over the course of my time in practice I have undertaken a variety of civil cases on both an hourly and a contingency fee basis. Moreover, due to my involvement with various attorney oriented associations, affiliations and activities, as well as communications with other local attorneys, I am aware of the prevailing market rates for both hourly and contingency cases.

Declaration of Shawn A. McMillan Re:
Minors' Compromise
McCue v. South Fork, et al.
Case No. 1:10-CV-00233- LJO-MJS

6. Based upon my aforesaid awareness, the prevailing market rates for civil litigation practitioners with the similar skill, talent and experience who also specialize in the litigation and trial of civil rights cases against social services agencies ranges between $485 and $785 per hour.

7. Along those same lines, I have been awarded $1,000 per hour for my services based on common Lodestar factors by way of example, in relation to my efforts both at trial and on appeal in *Deanna Fogarty-Hardwick v. County of Orange, et al*. Case No. 01CC02379, the Hon. Ronald L. Bauer, Dept. CX103 awarded me $1,000 per hour for my efforts at trial and $970 per hour for my efforts on appeal upon the trial court's consideration of the factors laid out in *Hensley v. Eckerhart*, (1983) 461 U.S. 424, 433, 76 L.Ed.2d 40, 103 S.Ct. 1933.

8. Although the bulk of my experience has been in litigating and in trying cases for other attorneys I also have significant appellate experience. Although I am not an appellate "specialist" by any means, in my time in practice I have filed or responded to, or assisted in the filing of or response to, 29 writs or appeals before the California Courts of Appeal. One of those appeals, in a matter of first impression, resulted in a published opinion. (See *Tritek Telecom, Inc. v. Superior Court*, 169 Cal. App. 4th 1385.) I also participated and assisted in the drafting of the opening brief and reply briefs in *Thomas v. Fry's Elecs., Inc.*, 400 F.3d 1206 (9th Cir. Cal. 2005) – resulting in a published opinion in our favor.

9. My firm also defended a federal court judgment we obtained in favor of our client in a trademark infringement suit brought in the Central District of California in 2010. I was the lead appellate counsel in that case, *CELS Enterprises, Inc. et al. v. Rock & Roll Religion,*

3

Declaration of Shawn A. McMillan Re:
Minors' Compromise
McCue v. South Fork, et al.
Case No. 1:10-CV-00233- LJO-MJS

*Inc. et al*. (Docket No. 10-55624 (consolidated with No. 10-55976) until an appellate specialist was engaged to present oral argument. A decision on the appeal is imminent.

10. The foregoing is sworn to under penalty of perjury pursuant to the laws of the State of California

May 18, 2012                              /s/   Shawn A. McMillan  
                                                                 SHAWN A. MCMILLAN, ESQ.  
                                                                  Attorney for Plaintiffs

Declaration of Shawn A. McMillan Re:  
Minors' Compromise  
McCue v. South Fork, et al.  
Case No. 1:10-CV-00233- LJO-MJS