ROBERT R. POWELL, ESQ.   CSB# 159747
DENNIS R. INGOLS, ESQ.     CSB# 236458
BRETT O. TERRY, ESQ.        CSB# 270694
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
(408) 553-0200 Telephone
(408) 553-0203 Facsimile
E: rpowell@rrpassociates.com


SHAWN A. MCMILLAN, ESQ.  CSB#208529
STEPHEN D. DANER, ESQ. CSB#259689
THE LAW OFFICES OF SHAWN A.MCMILLAN, APC
4955 Via Lapiz
San Diego, California 92122
T: (858) 646-0069 F: (206) 600-4582
E: attyshawn@netscape.net

Attorneys for Plaintiffs

DISTRICT COURT FOR THE EASTERN DISTRICT CALIFORNIA

[BAKERSFIELD]

| | |
|---|---|
| GRACIE DARLENE MCCUE, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>SOUTH FORK UNION SCHOOL DISTRICT, et al.,<br><br>  Defendants. | Case No. 1:10-CV-00233- LJO-MJS<br><br>[proposed] ORDER APPROVING PETITION FOR MINOR'S COMPROMISE |

Plaintiffs herein, by and through their counsel, submitted An Ex-Parte Application for Court Approval of Minor's Compromise of Claims ("Petition") on May 18, 2012, pertaining to a settlement that Plaintiffs had reached with all Defendants.

Upon review of the file and consideration of the Petition, the Declaration of Plaintiffs' counsel and supporting documentation submitted therewith, and the opposition and/or non-

opposition of any Defendant provided to the Court prior to the making of this Order, the Court does hereby find and order as follows:

GOOD CAUSE APPEARING,

1.	The minor's claims against the Defendant County of Kern, and the individually-named employee-defendants of said entity, the South Fork Union School District, and the individually-named employee-defendants of said entity, and Rick & Sandy Koernke, as compromised pursuant to the terms of the Settlement Agreement and General Releases (as described in the Petition), the periodic payment schedule (Exhibit A to the Petition, and to the Declaration of Robert R. Powell, redacted to protect the minor's privacy), and the Non-Qualified Assignment and Release (as described in Exhibit B to the Declaration of Robert R. Powell), is approved.

2.	Plaintiffs' counsel may attach the fully-executed, <u>non-redacted</u> settlement documents, when obtained, to this Order for purposes of submitting same to Liberty Life Assurance Company of Boston and/or BARCO Assignments Ltd.

3.	The Court approves the distribution of attorneys' fees and costs to minor Plaintiff's counsel as set forth in the Petition.

4.	The Court approves of the dismissal of all claims, of all Plaintiffs, as against Defendant County of Kern, and the individually-named employee-defendants of said entity, the South Fork Union School District, and the individually-named employee-defendants of said entity, and Rick & Sandy Koernke, with prejudice. Plaintiffs' counsel shall submit such dismissal promptly after the annuity/annuities set forth in the settlement documents have been

//

[Proposed] Order Approving Minors'
Compromise
McCue v. South Fork, et al.
Case No. 1:10-CV-00233- LJO-MJS

funded, and all other due consideration has been received by Plaintiffs' counsel.

**IT IS SO ORDERED**

Dated: ___/___/2012

                                                  _____
                                                  Hon. Lawrence J. O'Neill
                                                  U.S. District Court Judge

3

[Proposed] Order Approving Minors'
Compromise
McCue v. South Fork, et al.
Case No. 1:10-CV-00233- LJO-MJS