ROBERT R. POWELL, ESQ.   CSB# 159747
DENNIS R. INGOLS, ESQ.    CSB# 236458
BRETT O. TERRY, ESQ.       CSB# 270694
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, California 95126
(408) 553-0200 Telephone
(408) 553-0203 Facsimile
E: rpowell@rrpassociates.com

SHAWN A. MCMILLAN, ESQ.  CSB#208529
STEPHEN D. DANER, ESQ. CSB#259689
THE LAW OFFICES OF SHAWN A.MCMILLAN, APC
4955 Via Lapiz
San Diego, California 92122
(858) 646-0069 Telephone
(206) 600-4582 Facsimile
E: attyshawn@netscape.net

Attorneys for Plaintiffs

DISTRICT COURT FOR THE EASTERN DISTRICT CALIFORNIA
[BAKERSFIELD]

| | |
|---|---|
| GRACIE DARLENE MCCUE, et al., | Case No. 1:10-CV-00233-LJO-MSJ |
| Plaintiffs, | |
| vs. | ORDER GRANTING STIPULATION FOR DISMISSAL |
| SOUTH FORK UNION SCHOOL DISTRICT, et al., | |
| Defendants. | |

Based on the stipulation of the parties submitted August 27, 2012, and good cause appearing therefore, the court hereby adopts the following stipulation of the parties and makes same the order of this court:

Order of the Court                                                                    1
McCue v. South Fork Union School District, et al.
U.S. District Court – Eastern District
Case No: CV10-00233 OWW-MSJ

1. Plaintiffs' claims against Defendants, SOUTH FORK UNION SCHOOL DISTRICT, ROBIN SHIVE, SHANNON DAMRON, KAREN ZURIN, SABINE MIXION, COUNTY OF KERN, LINDA LOPEZ, GABRIELA JOHNSON, KERN COUNTY SHERIFFS DEPARTMENT, JAMES D. STRATTON, RICK KOERNKE and SANDRA KOERNKE, are hereby dismissed, with prejudice, with each party to bear his or her own costs and attorneys' fees.

2. The trial date of January 29, 2013 is vacated.

This action is close in its entirety.

IT IS SO ORDERED.

Dated:   **August 27, 2012**               /s/ Lawrence J. O'Neill
                                           UNITED STATES DISTRICT JUDGE

Order of the Court                     2
McCue v. South Fork Union School District, et al.
U.S. District Court – Eastern District
Case No: CV10-00233 OWW-MSJ